## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE:  ESTATE OF EDWARD C. : No. 223 WAL 2017
WAGNER, DECEASED :
 :
 :
 : Petition for Allowance of Appeal from
PETITION OF: JANET S. WAGNER AND : the Order of the Superior Court
JAMES R. WAGNER, JR. :

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 3rd day of January, 2018, the Petition for Allowance of Appeal is

**DENIED**.